IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. 5:16-cv-150 |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| TONIA R. BARNETT, ) | |
| ) | |
| Defendant. ) | |

**JUDGMENT**

Based upon the joint motion of the parties, judgment is entered in favor of the United States, and against the defendant Tonia R. Barnett, in the amount of $76,004.05 as of September 10, 2016, with respect to the erroneous refund of $70,454.63 issued to her on April 25, 2014, plus interest according to law until paid.

The parties shall bear their respective attorneys' fees and other costs of litigation.

IT IS SO ORDERED.

This __18__ day of __July__, 2016.

_____
UNITED STATES DISTRICT JUDGE